■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WAYNE LUSINGER, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Ontario County Court, Reed, J.—sodomy, first degree; sexual abuse, first degree.) Present—Dillon, P. J., Callahan, Green, Balio and Lawton, JJ.

■ In the Matter of ROBERT HALL, Petitioner, v SALLY B. JOHNSON, as Superintendent of Orleans Correctional Facility, Respondent.—Determination unanimously confirmed and petition dismissed *(see, Matter of Lahey v Kelly,* 71 NY2d 135). (Article 78 proceeding transferred by order of Supreme Court, Orleans County, Miles, J.) Present—Dillon, P. J., Callahan, Green, Balio and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES LOMBARDI, Appellant, v WALTER J. KELLY, as Superintendent of Attica Correctional Facility, et al., Respondents.—Judgment unanimously affirmed *(see, People ex rel. Douglas v Vincent,* 50 NY2d 901; *People ex rel. Scott v Superintendent,* 112 AD2d 502, *appeal dismissed* 67 NY2d 646; *People ex rel. House v Jones,* 102 AD2d 908). (Appeal from judgment of Supreme Court, Wyoming County, Dadd, J.—habeas corpus.) Present— Doerr, J. P., Denman, Boomer, Pine and Davis, JJ.